AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Williamson, Michael G. | Bankruptcy Court-M.D. Florida | 5/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Sam M. Gibbons U.S. Courthouse
801 N. Florida Ave., Ste. 840
Tampa, FL 33602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Stetson University College of Law |
| 2. | Co-Author of Bankruptcy Law Manual | West Services, Inc. (Publisher) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 5/20/2013 | Adjunct Professor, Stetson University College of Law: Teach bankruptcy course one semester per year beginning Spring 2014 (January-April). |
| 2. | 1/3/2014 | Co-Author of Bankruptcy Law Manual published by West Services, Inc.: Prepare annual updates. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 5/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Stetson University School of Law-Teaching | $2,550.00 |
| 2. 2014 | West Services, Inc.-Royalties from Bankruptcy Law Manual | $5,332.49 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | State of Florida - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | 1/21/2014-1/23/2014 | Reunion, FL | Mid-Year Meeting | Transportation, lodging, meals |
| 2. | American Conference Institute | 1/29/2014-1/30/2014 | New York, NY | Seminar Panelist | Transportation, lodging, meals |
| 3. | American Bankruptcy Institute | 3/13/2014-3/15/2014 | Tampa, FL | Seminar Panelist | Meals |
| 4. | National Conference of Bankruptcy Judges | 4/6/2014-4/8/2014 | Kansas City, MO | Mid-Year Meeting | Transportation, lodging, meals |
| 5. | American Conference Institute | 4/24/2014-4/25/2014 | Washington, DC | Seminar Panelist | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Williamson, Michael G.** | 5/14/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Bankruptcy Bar Association of the Southern District of Florida | 5/8/2014-5/11/2014 | Key Largo, FL | Annual Retreat | Transportation, lodging, registration/meals |
| 7. | The Florida Bar | 5/21/2014-5/25/2014 | Vancouver, Canada | Business Law Section Executive Council Retreat | Transportation, lodging, meals |
| 8. | The Florida Bar | 6/25/2014-6/27/2014 | Kissimmee, FL | Annual Meeting | Transportation, lodging, meals |
| 9. | American Conference Institute | 7/29/2014-7/30/2014 | San Francisco, CA | Seminar Panelist | Transportation, lodging, meals |
| 10. | Jacksonville Bankruptcy Bar Association | 8/21/2014-8/23/2014 | Ponte Vedra Beach, FL | Seminar Panelist | Transportation, lodging, meals |
| 11. | The Florida Bar | 8/29/2014-9/1/2014 | Naples, FL | Business Law Section Retreat | Transportation, lodging, registration/meals |
| 12. | National Conference of Bankruptcy Judges | 10/7/2014-10/11/2014 | Chicago, IL | Annual Conference | Transportation, lodging |
| 13. | The Florida Bar | 11/6/2014-11/7/2014 | Miami, FL | Seminar Panelist | Transportation, lodging, meals |
| 14. | American Conference Institute | 11/19/2014-11/20/2014 | New York, NY | Seminar Panelist | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Williamson, Michael G.** | 5/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital One | Credit Card | K |
| 2. | SunTrust Bank | Line of Credit | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 5/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab-Homestead R.E. Tax Account | | None | J | T | | | | | |
| 2. - Money Market Account | | None | J | T | | | | | |
| 3. Schwab-Joint Tenants Account | A | Int./Div. | J | T | | | | | |
| 4. - Money Market Account | A | Interest | J | T | | | | | |
| 5. - Harley Davidson Common Stock | A | Dividend | J | T | | | | | |
| 6. AllianzValueMark Annuity | B | Int./Div. | K | T | | | | | |
| 7. Phoenix Universal Life Ins. | D | Int./Div. | L | T | | | | | |
| 8. MFS IRA | B | Dividend | K | T | | | | | |
| 9. - MFS Growth Fund-A | | | | | | | | | |
| 10. Schwab IRA | D | Int./Div. | P1 | T | Redeemed (part) | 01/07/14 | L | F | |
| 11. - DFA Emerging Markets Core Equity Portfolio | | | | | | | | | |
| 12. - DFA Emerging Markets Value Portfolio | | | | | | | | | |
| 13. - DFA Two Year Global Fixed Income Portfolio | | | | | Buy (add'l) | 12/02/14 | K | | |
| 14. - DFA US Large Co. Portfolio | | | | | | | | | |
| 15. - DFA US Large Cap Value Portfolio | | | | | | | | | |
| 16. - DFA US Micro Cap Portfolio | | | | | | | | | |
| 17. - DFA US Small Cap Value Portfolio | | | | | Sold (part) | 01/06/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 5/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Pimco Commodity Real Return Strategy FD Instl | | | | | Buy (add'l) | 12/30/14 | J | | |
| 19. - Pimco High Yield Spectrum Instl | | | | | Sold (part) | 01/06/14 | J | | |
| 20. - Vanguard Total BD Mkt Index Signal | | | | | Merged (with line 21) | 06/04/14 | J | | |
| 21. - Vanguard Total Bond Mkt Index Admiral Shr (X) | | | | | | | | | |
| 22. - DFA Intl Vector Eqty Port | | | | | | | | | |
| 23. - DFA International Core Equity Portfolio | | | | | Sold (part) | 01/06/14 | J | | |
| 24. - DFA Global Real Estate Securities Portfolio | | | | | Sold (part) | 06/25/14 | J | | |
| 25. - AQR Diversified Arbitrage | | | | | Sold | 12/02/14 | L | | |
| 26. - DFA Short Term Extended Quality Port Instl | | | | | Buy (add'l) | 12/02/14 | K | | |
| 27. - AQR Risk Balanced Cmdy Strat CL I | | | | | Sold | 12/30/14 | K | | |
| 28. - Vanguard Inflation Protected Secs Adm Shr | | | | | Sold (part) | 01/06/14 | J | | |
| 29. - DFA Short Duration Real Return Port Inst | | | | | Buy (add'l) | 06/25/14 | J | | |
| 30. SunTrust bank accounts | A | Interest | J | T | | | | | |
| 31. Smart 529 College Savings Plan-Grandchild #1 | A | Int./Div. | J | T | | | | | |
| 32. - Aggressive Growth Portfolio D | | | | | | | | | |
| 33. MassMutual Life Ins. | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: See additional information provided in Parts II and III and in the next two explanatory comments, below.

Part III.A., Line 1: Compensation is within the limitation set forth in Section 3(a) of the Judicial Conference Regulations on Gifts, Ourside Earned Income, Honoraria and Employment; and prior approval was sought and obtained as required by Section 5(a)(5).

Part III.A., Line 2: Royalties do not constitute outside earned income, pursuant to Section 3(b) of the Judicial Conference Regulations on Gifts, Outside Earned Income, Honoraria and Employment.

Part VI: The accounts listed in Part VI of this report did not meet the reporting threshold in 2013.

Part VII: The Venture Annuity listed at Line 10 of the Amended 2013 Report was redeemed 01/03/13 and thus is no longer reportable.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael G. Williamson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544